IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M.V.C., FATHER OF M.P.C.,
MINOR CHILD,

      Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1150

Opinion filed December 12, 2016.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

M.C., pro se, Appellant.

Dwight O. Slater, Appellate Counsel, Children's Legal Services, Department of Children and Families, Tallahassee; Kelley Schaeffer, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.